**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MOTLEY CREW, LLC, A LAW FIRM, JOSEPH R. REISINGER ESQUIRE, LLC, AND JOSEPH R. REISINGER, | : No. 591 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| Petitioners | : Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BONNER CHEVROLET CO., INC., PAUL R. MANCIA, D.D.S., RICHARD F. CROSSIN, GENERAL MOTORS COMPANY, THOMAS N. CROSSIN AND JAMES MILLER, | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.